No. 00–7945. ANDERSON v. KRAFT ET AL. C. A. 4th Cir. Certiorari denied.

No. 00–7946. BRANDON v. SEABOLD, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 00–7948. CROSKEY v. RICE, SHERIFF, PINELLAS COUNTY, FLORIDA, ET AL. C. A. 11th Cir. Certiorari denied.

No. 00–7949. EDWARDS v. WILLIAMS, WARDEN, ET AL. C. A. 10th Cir. Certiorari denied.

No. 00–7950. DORTCH ET AL. v. ILLINOIS. App. Ct. Ill., 1st Dist. Certiorari denied.

No. 00–7951. HOSKINS v. ANDERSON, SUPERINTENDENT, INDIANA STATE PRISON. C. A. 7th Cir. Certiorari denied.

No. 00–7952. FRANZA v. STINSON, SUPERINTENDENT, CLINTON CORRECTIONAL FACILITY. C. A. 2d Cir. Certiorari denied.

No. 00–7960. SHARKEY v. MOYA ET AL. C. A. 5th Cir. Certiorari denied.

No. 00–7970. RIDGLEY v. WILLIAMS, WARDEN, ET AL. C. A. 10th Cir. Certiorari denied.

No. 00–7971. RENTERIA v. WILLIAMS, WARDEN, ET AL. C. A. 10th Cir. Certiorari denied.

No. 00–7972. PRINCE v. NEW MEXICO EX REL. CHILDREN, YOUTH AND FAMILIES DEPARTMENT. Ct. App. N. M. Certiorari denied.

No. 00–7978. FANTAYE v. GEORGIA ET AL. C. A. 11th Cir. Certiorari denied.

No. 00–7979. GARNER v. NEVADA. Sup. Ct. Nev. Certiorari denied.

No. 00–7980. FILIPOS v. SEARS, ROEBUCK & CO. Super. Ct. Pa. Certiorari denied.

No. 00–7983. STEELE v. HAMILTON COUNTY COMMUNITY HEALTH BOARD. Sup. Ct. Ohio. Certiorari denied.